IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HONG KONG LEYUZHEN TECHNOLOGY CO. LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | **Case No. 1:24-cv-06226-GNA-YBK**<br><br>**Honorable Judge Georgia N. Alexakis**<br><br>**Magistrate Young B. Kim** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL ONLY AS TO DEFENDANTS NUMBER 30, 36, 55, 56, 57, 79, 81, 87, 125, 147, 153, 161 and 169 WITH PREJUDICE**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Hong Kong Leyuzhen Technology Co. Limited, voluntarily dismisses *only* Defendants; number 30 ILUN FASHION, number 36 kongnilan, number 55 OKABASA, number 56 plus fashion, number 57 Plus size Stephanie, number 79 YZdress, number 81 Angel Amelie, number 87 BenjaminZ, number 125 NYNZ, number 147 Vines New, number 153 YACUN, number 161 zame, and number 169 Huangsibian as listed on Schedule "A" to the Complaint with prejudice.

DATED: November 1, 2024      Respectfully submitted,

By: */s/ Shawn A. Mangano*
Shawn A. Mangano (Bar No. 6299408)
**BAYRAMOGLU LAW OFFICES LLC**
1540 West Warm Springs Road Ste. 100
Henderson, NV 89014
Tel: (702) 462-5973 Fax: (702) 553-3404
shawnmangano@bayramoglu-legal.com
*Attorney for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of November 2024, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means. Notice of this filing is provided to unrepresented parties for whom contact information has been provided via email and by posting the filing on a URL contained on our website http://blointernetenforcement.com, and distributed to ecommerce platform, Temu.

        By: */s/ Shawn A. Mangano*
        Shawn A. Mangano (Bar No. 6299408)
        **BAYRAMOGLU LAW OFFICES LLC**
        1540 West Warm Springs Road Ste. 100
        Henderson, NV 89014
        Tel: (702) 462-5973 Fax: (702) 553-3404
        shawnmangano@bayramoglu-legal.com
        *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL ONLY     Case No. 1:24-cv-06226-GNA-YBK
AS TO CERTAIN DEFENDENTS