**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.1)**
**Eastern Division**

HONG KONG LEYUZHEN TECHNOLOGY CO., LTD

                  Plaintiff,

v.

                  Case No.: 1:24−cv−06226

                  Honorable Georgia N Alexakis

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 3, 2024:

    MINUTE entry before the Honorable Georgia N Alexakis: Motion hearing held on 12/3/24. No defendant present. Plaintiff's motion for entry of default against non−appearing Defendants identified in Schedule A [53] is granted. Plaintiff's motion for default judgment is due by 1/3/25 and should be noticed up for presentment. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.