**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: HONG KONG LEYUZHEN TECHNOLOGY CO., LTD v. Defs. Identified in Schedule A Hereto

Case Number: 1:24-cv-06226

An appearance is hereby filed by the undersigned as attorney for:
Defendants 29, 35, 46, 48, 49, 52, 69, 91, 98, 124, 129, 140, 141, 154, 157, 173 in Schedule A to the Complaint

Attorney name (type or print): Zhangyuan Ji

Firm: Arch & Lake LLP

Street address: 203 N LaSalle Street, Suite 2100

City/State/Zip: Chicago, IL 60601

Bar ID Number: 6336107
(See item 3 in instructions)

Telephone Number: 7736809572

Email Address: ellen@archlakelaw.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☒ |
| Are you a member of the court's general bar? | ☒ | ☐ |
| Are you a member of the court's trial bar? | ☐ | ☒ |
| Are you appearing *pro hac vice*? | ☐ | ☒ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☒ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on December 4, 2024

Attorney signature: S/ Zhangyuan Ji
(Use electronic signature if the appearance form is filed electronically.)

Revised 7/19/2023