# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

HONG KONG LEYUZHEN TECHNOLOGY CO., LTD

Plaintiff,

v.

Case No.: 1:24−cv−06226

Honorable Georgia N Alexakis

The Individuals, Corporations, Limited Liability Companies, Partnerships and Unincorporated Associations Identified in Schedule A Hereto, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 5, 2024:

MINUTE entry before the Honorable Georgia N Alexakis: Motion hearing held on 12/5/24. Defendants' unopposed third motion for an extension of time to answer or otherwise plead [55] is granted; this is the final extension. On or before 12/16/24, Defendants 29, 35, 46, 48, 49, 52, 69, 91, 98, 124, 129, 140, 141, 154, 157, and 173 must either answer the complaint, or plaintiff should file a stipulation of dismissal.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.